AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

**FILED**

# UNITED STATES DISTRICT COURT
for the
Western District of New York



MAR 14 2008

CLERK, US DISTRICT COURT, WDNY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kendrick Bronson | ) | Case No: 6:04-CR-6157-6 |
| | ) | USM No: 07512-055 |
| Date of Previous Judgment: November 21, 2005 | ) | Phillip Hurwitz, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☒ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____    Amended Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: ____ to ____ months    Amended Guideline Range: ____ to ____ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

The defendant is not eligible due to the fact the offense of conviction does not involve cocaine base.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3-12-08

Judge's signature: Charles Siragusa

Effective Date: _____
(if different from order date)

Honorable Charles J. Siragusa, U.S. District Judge
Printed name and title